UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC LEE,<br><br>           Plaintiff,<br><br>DEKALB COUNTY BOARD OF COMMISSIONERS, POLICE CHIEF W. O'BRIEN, and OFFICER STREETER,<br><br>           Defendants. | CIVIL ACTION FILE<br>NO. 1:13-cv-205-RLV |

## J U D G M E N T

This action having come before the court, the Honorable Robert L. Vining, Jr., it is

**Ordered and Adjudged** that the civil action be and the same hereby is **DISMISSED** without prejudice for failure to follow a lawful order of this court directing the plaintiff to file an amended complaint.

Dated at Atlanta, Georgia, this 24th day of June, 2013.

                                                JAMES N. HATTEN
                                                CLERK OF COURT

                                    By:    s/Jill Ayers
                                                     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 24, 2013
James N. Hatten
Clerk of Court

By:    s/Jill Ayers
        Deputy Clerk